*18-1167*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
3-7    2018
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR _____ CR218 014 |
| | ) |
| v. | ) 21 U.S.C. § 846 |
| | ) Conspiracy to Possess With |
| JOHN EUGENE OVERCASH, | ) Intent to Distribute and to |
| a/k/a "Cowboy," | ) Distribute Controlled Substances |
| KENNETH LEON BRADLEY, | ) (Cocaine, Crack, Marijuana) |
| JEREMY MCINTYRE, | ) |
| RICHARD CARTER, | ) 21 U.S.C. § 841(a)(1) |
| DARRIUS MERRELL, | ) Distribution/Possession with |
| ANDREW JACKSON, | ) Intent to Distribute a Controlled |
| a/k/a "Drew," | ) Substance (Cocaine, Crack, |
| KENEIL KING, | ) Marijuana) |
| JESSICA TABUTEAU, | ) |
| TROY CROSBY, | ) 18 U.S.C. § 922(g) |
| AMY MANSON, | ) Possession of a Firearm by a |
| EDRIN TEMPLE, | ) Prohibited Person |
| a/k/a "Pete McCiver," | ) |
| ANTHONY BERNARD LEWIS, | ) 21 U.S.C. § 856(a)(1) |
| a/k/a "Amp," | ) Maintaining a Drug-Involved |
| JOSEPH SIMMONS, | ) Premises |
| a/k/a "Bug," | ) |
| TOMMY MURRAY, | ) 18 U.S.C §924(c) |
| CLIFTON FOSTER, and | ) Possession of a Firearm in |
| MARCUS MUNGIN. | ) Furtherance of a Drug |
| | ) Trafficking Crime |

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
*Conspiracy to Possess With Intent to Distribute and*
*to Distribute Controlled Substances (5 Kilograms or More of Cocaine, a Quantity of*
*Cocaine Base "Crack,"and a Quantity of Marijuana)*
21 U.S.C. § 846

Beginning on a date at least as early as December 19, 2016, and continuing up to and including March 2018, the precise dates being unknown, in Glynn and McIntosh Counties, within the Southern District of Georgia, and elsewhere, the defendants,

**JOHN EUGENE OVERCASH,**
**a/k/a "Cowboy,"**
**KENNETH LEON BRADLEY,**
**JEREMY MCINTYRE,**
**RICHARD CARTER,**
**DARRIUS MERRELL,**
**ANDREW JACKSON,**
**a/k/a "Drew,"**
**KENEIL KING,**
**JESSICA TABUTEAU,**
**TROY CROSBY,**
**AMY MANSON,**
**EDRIN TEMPLE,**
**a/k/a "Pete McCiver,"**
**ANTHONY BERNARD LEWIS,**
**a/k/a "Amp,"**
**JOSEPH SIMMONS,**
**a/k/a "Bug,"**
**TOMMY MURRAY,**
**CLIFTON FOSTER, and**
**MARCUS MUNGIN,**

aided and abetted by others known and unknown, with some joining the conspiracy earlier and others joining later, did knowingly and intentionally combine, conspire, confederate and agree with others, known and unknown, to possess with intent to

2

distribute and to distribute 5 kilograms or more of cocaine, a quantity of cocaine base, both schedule II controlled substances, and a quantity of marijuana, a schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT TWO
*Distribution of Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about January 3, 2017, in Glynn County, within the Southern District of Georgia, the defendant,

### KENNETH LEON BRADLEY,

did knowingly and intentionally distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

4

## COUNT THREE
*Distribution of Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about January 6, 2017, in Glynn County, within the Southern District of Georgia, the defendant,

### KENNETH LEON BRADLEY,

did knowingly and intentionally distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR
*Distribution of Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about January 12, 2017, in Glynn County, within the Southern District of Georgia, the defendant,

### KENNETH LEON BRADLEY,

did knowingly and intentionally distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE
*Distribution of Controlled Substance (Cocaine and Crack)*
21 U.S.C. § 841(a)(1)

On or about January 26, 2017, in Glynn County, within the Southern District of Georgia, the defendant,

### KENNETH LEON BRADLEY,

did knowingly and intentionally distribute a quantity of cocaine and a quantity of cocaine base ("crack"), Schedule II controlled substances.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX
*Distribution of Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about February 10, 2017, in Glynn County, within the Southern District of Georgia, the defendant,

### KENNETH LEON BRADLEY,

did knowingly and intentionally distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

8

## COUNT SEVEN
*Distribution of Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about February 18, 2017, in Glynn County, within the Southern District of Georgia, the defendant,

### KENNETH LEON BRADLEY,

did knowingly and intentionally distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT
*Distribution of Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about April 10, 2017, in Glynn County, within the Southern District of Georgia, the defendant,

### KENNETH LEON BRADLEY,

did knowingly and intentionally distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINE

*Distribution of Controlled Substance (Cocaine and Crack)*
21 U.S.C. § 841(a)(1)

On or about May 9, 2017, in Glynn County, within the Southern District of

Georgia, the defendant,

### KENNETH LEON BRADLEY,

did knowingly and intentionally distribute a quantity of cocaine and a quantity of

cocaine base, Schedule II controlled substances.

All in violation of Title 21, United States Code, Section 841(a)(1).

11

## COUNT TEN
*Distribution of Controlled Substance (Cocaine and Crack)*
21 U.S.C. § 841(a)(1)

On or about June, 20, 2017, in Glynn County, within the Southern District of

Georgia, the defendant,

### KENNETH LEON BRADLEY,

did knowingly and intentionally distribute a quantity of cocaine and cocaine base

("crack"), Schedule II controlled substances.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT ELEVEN
*Distribution of Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2

On or about May 18, 2017, in Glynn County, within the Southern District of Georgia, the defendants,

### TROY CROSBY AND AMY MANSON,

each being aided and abetted by the other, did knowingly and intentionally distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWELVE
*Distribution of Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2

On or about May 25, 2017, in Glynn County, within the Southern District of Georgia, the defendants,

### TROY CROSBY AND AMY MANSON,

each being aided and abetted by the other, did knowingly and intentionally distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THIRTEEN
*Distribution of Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2

On or about June 8, 2017, in Glynn County, within the Southern District of Georgia, the defendants,

### TROY CROSBY AND AMY MANSON,

each being aided and abetted by the other, did knowingly and intentionally distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOURTEEN
*Distribution of Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2

On or about July 13, 2017, in Glynn County, within the Southern District of Georgia, the defendants,

### TROY CROSBY AND AMY MANSON,

each being aided and abetted by the other, did knowingly and intentionally distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FIFTEEN
*Distribution of Controlled Substance (Crack)*
21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2

On or about July 28, 2017, in Glynn County, within the Southern District of Georgia, the defendants,

### TROY CROSBY AND AMY MANSON,

each being aided and abetted by the other, did knowingly and intentionally distribute a quantity of cocaine base ("crack"), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SIXTEEN
### *Distribution of Controlled Substance (Cocaine)*
### 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2

On or about August 4, 2017, in Glynn County, within the Southern District of Georgia, the defendants,

### TROY CROSBY AND AMY MANSON,

each being aided and abetted by the other, did knowingly and intentionally distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SEVENTEEN
*Distribution of Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2

On or about August 10, 2017, in Glynn County, within the Southern District of Georgia, the defendants,

### TROY CROSBY AND AMY MANSON,

each being aided and abetted by the other, did knowingly and intentionally distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT EIGHTEEN
*Distribution of Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2

On or about August 17, 2017, in Glynn County, within the Southern District of Georgia, the defendants,

### TROY CROSBY AND AMY MANSON,

each being aided and abetted by the other, did knowingly and intentionally distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT NINETEEN
*Possession of Controlled Substance with Intent to Distribute (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about July 20, 2017, in McIntosh County, within the Southern District of Georgia, the defendant,

**EDRIN TEMPLE, a/k/a "Pete McCiver,"**

did knowingly and intentionally possess a quantity of cocaine, a Schedule II controlled substance, with the intent to distribute.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(3)

Beginning at a time unknown but at least from a time between on or about June 24, 2017, and November 1, 2017, in Glynn County, within the Southern District of Georgia, the defendant,

### JEREMY MCINTYRE,

an unlawful user of a controlled substance, as defined in section 102 of the Controlled Substances Act, did knowingly possess, in and affecting commerce, a Ruger .45 caliber pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT TWENTY-ONE
*Maintaining a Drug-Involved Premises*
21 U.S.C. § 856(a)(1) & 18 U.S.C. § 2

Beginning at a time unknown until on or about November 1, 2017, in Glynn County, within the Southern District of Georgia, the defendants,

### JEREMY MCINTYRE, and KENNETH LEON BRADLEY,

aided and abetted by others known and unknown, did unlawfully and knowingly use and maintain a place located at 508 Lucas Lane, Brunswick, Georgia, for the purpose of distributing cocaine.

All in violation of Title 21, United States Code, Section 856(a)(1).

## COUNT TWENTY-TWO
*Possession of Controlled Substance with Intent to Distribute (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about November 1, 2017, in Glynn County, within the Southern District of Georgia, the defendants,

**JEREMY MCINTYRE, and KENNETH LEON BRADLEY,**

did knowingly and intentionally possess a quantity of cocaine, a Schedule II controlled substance, with the intent to distribute.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-THREE
*Possession of Controlled Substance with Intent to Distribute (500 Grams or More of Cocaine and Marijuana)*
21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2

On or about August 29, 2017, in Glynn County, within the Southern District of Georgia, the defendants,

**JOHN EUGENE OVERCASH, a/k/a "Cowboy," and RICHARD CARTER,**

being aided and abetted by the other, did knowingly and intentionally possess 500 grams or more of cocaine, a Schedule II controlled substance, and a quantity of marijuana, a Schedule I controlled substance, with the intent to distribute.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWENTY-FOUR
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about August 29, 2017, in Glynn County, within the Southern District of Georgia, the defendant,

**JOHN EUGENE OVERCASH, a/k/a "Cowboy,"**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, at least one of the following firearms and ammunition:

1) Springfield Armory .30 Caliber Rifle,
2) Savage .270 Caliber Rifle,
3) Savage .30-06 Caliber Rifle,
4) Ruger .223 Caliber Rifle,
5) Savage .22 Caliber Rifle,
6) Henry Repeating Rifle Company .22 Caliber Rifle,
7) Winchester 12 Gauge Shotgun,
8) Berretta Pietro S.P.A. 20 Gauge Shotgun,
9) Arcadia Machine and Tool .380 Caliber Pistol,
10) Assorted ammunition,

all of which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWENTY-FIVE
*Maintaining a Drug-Involved Premises*
21 U.S.C. § 856(a)(1) & 18 U.S.C. § 2

Beginning at a time unknown until on or about August 29, 2017, in Glynn County, within the Southern District of Georgia, the defendants,

**JOHN EUGENE OVERCASH, a/k/a "Cowboy," and RICHARD CARTER,**

aided and abetted by others known and unknown, did unlawfully and knowingly use and maintain a place located at 1199 West Shore Drive, Brunswick, Georgia, for the purpose of distributing cocaine and marijuana.

All in violation of Title 21, United States Code, Section 856(a)(1).

## COUNT TWENTY-SIX
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

Beginning at a time unknown but at least until on or about August 29, 2017, in Glynn County, within the Southern District of Georgia, the defendant,

### JOHN EUGENE OVERCASH,

did knowingly possess at least one firearm, in furtherance of at least one of the following drug trafficking crimes for which he may be prosecuted in a court of the United States, to wit, Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 846, as charged in Count One of the Indictment, Possession of a Controlled Substance with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Twenty-Three of the Indictment, Maintaining a Drug-Involved Premises, in violation of Title 21, United States Code, Section 856(a)(1), as charged in Count Twenty-Five of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT TWENTY-SEVEN
*Possession of Controlled Substance with Intent to Distribute*
*(Marijuana)*
21 U.S.C. § 841(a)(1)

On or about September 22, 2017, in Glynn County, within the Southern District of Georgia, the defendant,

### DARRIUS MERRELL,

did knowingly and intentionally possess a quantity of marijuana, a Schedule I controlled substance, with the intent to distribute.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-EIGHT
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about September 22, 2017, in Glynn County, within the Southern District of Georgia, the defendant,

## DARRIUS MERRELL,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a loaded Ruger 9mm semi-automatic pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWENTY-NINE
*Possession of Controlled Substance with Intent to Distribute*
*(500 Grams or More of Cocaine)*
21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2

On or about September 22, 2017, in Glynn County, within the Southern District of Georgia, the defendants,

**DARRIUS MERRELL, KENEIL KING, JESSICA TABUTEAU, & ANDREW JACKSON, a/k/a "Drew,"**

being aided and abetted by the other, and others, did knowingly and intentionally possess 500 grams or more of cocaine, a Schedule II controlled substance, with the intent to distribute.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNTS THIRTY THROUGH THIRTY-SIX
### Unlawful Use of a Communications Facility
### 21 U.S.C. § 843(b) & 18 U.S.C. § 2

That on or about the dates below, in Glynn and McIntosh Counties, within

the Southern District of Georgia, and elsewhere, the defendants listed below, aided

and abetted by each other and by others known and unknown, knowingly and

intentionally used a communication facility, to wit, a telephone, in committing,

causing, and facilitating the conspiracy to possess with intent to distribute and to

distribute controlled substances, as alleged in Count One of this Indictment,

incorporated by reference herein, which constitutes a felony violation of Title 21

U.S.C. § 846:

| COUNT NUMBER | DEFENDANTS | DATE |
|---|---|---|
| 30 | KENNETH LEON BRADLEY & MARCUS MUNGIN | July 15, 2017 |
| 31 | KENNETH LEON BRADLEY & MARCUS MUNGIN | July 16, 2017 |
| 32 | KENNETH LEON BRADLEY & CLIFTON FOSTER | July 18, 2017 |
| 33 | KENNETH LEON BRADLEY & ANTHONY BERNARD LEWIS, a/k/a "Amp" | July 21, 2017 |
| 34 | KENNETH LEON BRADLEY & AMY MANSON | July 27, 2017 |
| 35 | JOHN EUGENE OVERCASH & JOSEPH SIMMONS, a/k/a "Bug," | August 10, 2017 |
| 36 | KENNETH LEON BRADLEY & TOMMY MURRAY | November 1, 2017 |

32

All done in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Section 843(b).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Thirty-Six of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Pursuant to Title 21, United States Code, Section 853, upon conviction of any offense in violation of Title 21, United States Code set forth in this Indictment, Defendants

**JOHN EUGENE OVERCASH,**
a/k/a "Cowboy,"
**KENNETH LEON BRADLEY,**
**JEREMY MCINTYRE,**
**RICHARD CARTER,**
**DARRIUS MERRELL,**
**ANDREW JACKSON,**
a/k/a "Drew,"
**KENEIL KING,**
**JESSICA TABUTEAU,**
**TROY CROSBY,**
**AMY MANSON,**
**EDRIN TEMPLE,**
a/k/a "Pete McCiver,"
**ANTHONY BERNARD LEWIS,**
a/k/a "Amp,"
**JOSEPH SIMMONS,**
a/k/a "Bug,"
**TOMMY MURRAY,**
**CLIFTON FOSTER, and**
**MARCUS MUNGIN**

shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes but is not limited to 1199 West Shore Drive, Brunswick, Georgia.

Upon conviction of one or more of the offenses set forth in Counts One through Twenty-Nine of this Indictment, Defendants

**JOHN EUGENE OVERCASH,**
a/k/a "Cowboy,"
**KENNETH LEON BRADLEY,**
**JEREMY MCINTYRE,**
**RICHARD CARTER,**
**DARRIUS MERRELL,**
**ANDREW JACKSON,**
a/k/a "Drew,"
**KENEIL KING,**
**JESSICA TABUTEAU,**
**TROY CROSBY,**
**AMY MANSON,**
**EDRIN TEMPLE,**
a/k/a "Pete McCiver,"
**ANTHONY BERNARD LEWIS,**
a/k/a "Amp,"
**JOSEPH SIMMONS,**
a/k/a "Bug,"
**TOMMY MURRAY,**
**CLIFTON FOSTER, and**
**MARCUS MUNGIN**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense(s).

34

If any of the property described above, as a result of any act or commission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

*Signatures on following page*

A True Bill.

Bobby L. Christine
United States Attorney

Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

E. Greg Gilluly, Jr.
Assistant United States Attorney
*Lead Counsel

Matthew A. Josephson
Assistant United States Attorney
*Lead Counsel